UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL LOPEZ-MENDOZA CAROLINA,<br><br>Petitioner,<br><br>v.<br><br>DAVID MARIN, Field Office Director, Department of Homeland Security, Immigration and Customs Enforcement,<br><br>Respondent. | No. SA CV 19-00951-DSF (AS)<br><br>[~~PROPOSED~~] DISMISSAL ORDER |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed without prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: June 20, 2019

_____/ s /_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

    /s/ Damon A. Thayer
DAMON A. THAYER
Assistant United States Attorney

Attorneys for Respondent
David Marin, Field Office Director,
Department of Homeland Security,
Immigration and Customs Enforcement

1